

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00109-CR

KENDRICK ALEXANDER, Appellant

§    On Appeal from the 362nd District Court

§    of Denton County (F16-291-362)

V.

§    August 31, 2022

§    Per Curiam Memorandum Opinion

THE STATE OF TEXAS

§    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete $15 of court costs that are associated with the time-payment fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM